No. 333. HULBURT OIL & GREASE CO. OF ILLINOIS *v.* HULBURT OIL & GREASE CO. OF PENNSYLVANIA. C. A. 7th Cir. Certiorari denied. *J. Willison Smith, Jr.,* for petitioner. *Norman A. Miller* for respondent. ▮

No. 334. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▮

No. 339. VERZI ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Marvin A. Koblentz* for petitioners.

No. 340. IN-SINK-ERATOR MANUFACTURING CO. *v.* WASTE KING CORP. C. A. 7th Cir. Certiorari denied. *Charles B. Cannon* and *George J. Kuehnl* for petitioner. *Ford W. Harris, Jr.,* for respondent. ▮

No. 344. MICHIGAN MUTUAL LIABILITY CO. ET AL. *v.* ARRIEN, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied. *James B. Magnor* and *Charles N. Fiddler* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas, Alan S. Rosenthal* and *David L. Rose* for respondents. ▮

No. 348. KRYSTOFORSKI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *George F. Mehling* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.